# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WHITTENBURG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 2:01-0034 |
| | ) | (Criminal Case No. 2:99-00005) |
| UNITED STATES OF AMERICA, | ) | Judge Trauger |
| | ) | |
| Respondent. | ) | |

## O R D E R

The court is in receipt of a letter from Timothy Whittenburg dated November 1, 2010.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the petitioner and to counsel for all parties a copy of both the letter and this Order.

The court is without jurisdiction to grant the relief requested by the defendant.

It is so **ORDERED.**

Enter this 8th day of November 2010.

_____
ALETA A. TRAUGER
United States District Judge